1

2

3

4

FILED

NOV 0 1 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5

UNITED STATES DISTRICT COURT

6

SOUTHERN DISTRICT OF CALIFORNIA

7    UNITED STATES OF AMERICA,    )    Criminal Case No. 07 CR 2992-WQH

8                    Plaintiff,    )    I N F O R M A T I O N

9                        )
        v.                )    Title 8, U.S.C., Sec. 1325 -
10                        )    Illegal  Entry  (Misdemeanor);
                        )    Title 8, U.S.C., Sec. 1325 -
11    BONAFACIO LOPEZ-SANCHEZ,    )    Illegal Entry (Felony)
                        )
12                        )
                Defendant.    )
13    _____)

14    The United States Attorney charges:

Count 1

15    On  or  about  May 3, 2005_____ ,  within  the  Southern

16

17    District of California, defendant BONAFACIO LOPEZ-SANCHEZ, being an

18    alien, unlawfully entered or attempted to enter the United States

19    at  a  time  and  place  other  than  as  designated  by  immigration

20    officers,  and  eluded  examination  and  inspection  by  immigration

21    officers, and attempted to enter or obtained entry to the United

22    States by a willfully false or misleading representation or the

23    willful concealment of a material fact; in violation of Title 8,

24    United States Code, Section 1325, a misdemeanor.

Count 2

25    On or about October 1, 2007, within the Southern District of

26

27    California, defendant BONAFACIO LOPEZ-SANCHEZ, being an alien,

28    unlawfully entered or attempted to enter the United States at a

1  time and place other than as designated by immigration officers,

2  and eluded examination and inspection by immigration officers, and

3  attempted to enter or obtained entry to the United States by a

4  willfully false or misleading representation or the willful

5  concealment of a material fact; and previously committed the

6  offense of illegal entry, as alleged in Count 1; all in violation

7  of Title 8, United States Code, Section 1325, a felony.

8

9       DATED: _____10/29/07_____.

10

11                          KAREN P. HEWITT
                            United States Attorney

12

13                          DAVID D. LESHNER
                            Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28